NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED TREATMENT SCIENCES, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**BORIS M. KHUDENKO,**
*Appellee.*

---

2012-1101
(Reexamination No. 95/000,237)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**ORDER**

Advanced Treatment Sciences, Inc. moves for a 60-day extension of time, until April 7, 2012, to file its principal brief. The Director consents to the extension and Boris M. Khudenko opposes the extension.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 0 7 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Charles H. Sanders, Esq
    Boris M. Khudenko
    Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK